
FILED
June 09, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003551076

Scott D. Hughes, Bar No. 122902
Attorney at Law
1100 Melody Lane, Suite 207
Roseville, CA 95678
Tel: (916) 677-1822
Fax: (916) 677-1825
Attorney for Debtors,
John and Alana Martirano

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) Case No.: 11-28003-A-7 |
| MARTIRANO, JOHN & ALANA, | ) |
| | ) Chapter 7 |
| Debtors. | ) |
| | ) Motion Control No. SDH-1 |
| | ) |
| | ) MOTION TO COMPEL |
| | ) ABANDONMENT OF BUSINESS |
| | ) |
| | ) 11 USC SECTION 554(b) |
| | ) |
| | ) Date:    July 25, 2011 |
| | ) Time:    9:00 a.m. |
| | ) Place:   Courtroom 28, Dept. A |
| | )          501 I Street, 7th Floor |
| | )          Sacramento, CA 95814 |
| | ) Judge:  McManus |

The Debtors hereby request that the Court enter an Order compelling the

Chapter 7 Trustee to abandon whatever the bankruptcy estate's interest is in the

telecom business known as ComAudit Services, Inc. back to the debtors.

1. The debtors believe that the business interest is worthless or burdensome to the estate. They are requesting that the business interest be abandoned back to them so they can continue to legally operate the business and make a living while they are in Chapter 7.

2. The debtors are cooperating with the trustee.

3. The debtors believe that abandonment of the business interest will be acceptable to the trustee, that it will not be objectionable to creditors or their interests, and that it furthers the goals of the bankruptcy statutes.

Wherefore, the debtors request that the Court enter an Order compelling the trustee to abandon the business back to the debtor.

Dated: ____6/9_____, 2011            Respectfully Submitted,
                                        _/s/ SCOTT HUGHES_____

                                        Scott Hughes
                                        Attorney for Debtors
                                        John and Alana Martirano